# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Felix Adrian Rubio Guzman,<br><br>Defendant. | Case No.: 19-CR-01524-W<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19-CR-01524-W against defendant FELIX ADRIAN RUBIO GUZMAN be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 6/26/19

HON. THOMAS J. WHELAN
United States District Judge